UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:21-cr-75-SPC-NPM

HERIBERTO BATISTA MONTIJO

---

### **PRELIMINARY ORDER OF FORFEITURE**[1]

Before the Court, 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture filed June 30, 2022. (Doc. 113).  The Government seeks an order forfeiting Defendant Heriberto Batista Montijo's interest in a **Samsung cellular phone, model no. SM-N950F, with serial number R58KC0L60V, and an EZVIZ camera with SD card**.

On June 27, 2022, Montijo entered a plea of guilty to Counts One, Two and Three of the Indictment - violations of 18 U.S.C. §§ 2251(a) and 2252(a)(4)(B). (Doc. 108).  The following day, the undersigned United States District Court Judge accepted Montijo's plea and adjudicated him guilty of the offenses; sentencing is currently scheduled for October 3, 2022. (Doc. 110).

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets.  Because the United States is entitled to forfeit the property, the United States' Motion for Preliminary Order of Forfeiture (Doc. 113) and the relief requested therein is **GRANTED**.

Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on July 11, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record